```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X

THOMAS JERMYN, on behalf of himself
and all others similarly situated,

       Plaintiff,

   -against-

BEST BUY CO., INC.,

       Defendant.

------------------------------------ X

CIVIL ACTION NO. 08 CV 00214 (CM)

**PROPOSED ORDER**

**[STIPULATION ALLOWING PLAINTIFF TO AMEND COMPLAINT AND BEST BUY CO., INC. TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT]**

Pursuant to the Stipulation Allowing Plaintiff to Amend Complaint and Best Buy Co., Inc. to Extend Time to Answer or Otherwise Respond to Plaintiff's Complaint, Plaintiff will serve and file an amended complaint to substitute Best Buy Stores, L.P. for Best Buy Co., Inc. as the proper defendant and to correct various typographical date errors contained within the complaint (herein referred to as "first amended complaint"). The filing and service of this first amended complaint will not limit Plaintiff's ability to amend once as a matter of course at any time before a responsive pleading is served per Fed. R. Civ. P. 15(a). In exchange, Best Buy Stores, L.P. will respond to Plaintiff's first amended complaint by March 19, 2008, or within 20 days after service of the first amended complaint or a subsequent amended complaint as allowed by Rule 15(a), whichever date is later.

**SO ORDERED.**

Dated: 3 March, 2008

_____
United States Judge
Colleen McMahons

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
THOMAS JERMYN, on behalf of himself   :
and all others similarly situated,          CIVIL ACTION NO. 08 CV 00214
                                      :
         Plaintiff,                       ECF ACTION
                                      :
    -against-                             STIPULATION ALLOWING
                                      :   PLAINTIFF TO AMEND COMPLAINT
BEST BUY CO., INC.,                       AND BEST BUY CO., INC. TO EXTEND
                                      :   TIME TO ANSWER OR OTHERWISE
         Defendant.                       RESPOND TO PLAINTIFF'S
                                      :   COMPLAINT

---------------------------------------- X

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Thomas Jermyn and Defendant Best Buy Co., Inc. that Plaintiff will serve and file an amended complaint to substitute Best Buy Stores, L.P. for Best Buy Co., Inc. as the proper defendant and to correct various typographical date errors contained within the complaint (herein referred to as the forthcoming "first amended complaint"). The filing and service of this first amended complaint will not limit Plaintiff's ability to amend once as a matter of course at any time before a responsive pleading is served per Fed. R. Civ. P. 15(a). In exchange, Best Buy Stores, L.P. will respond to Plaintiff's first amended complaint by March 19, 2008, or within 20 days after service of the first amended complaint or a subsequent amended complaint as allowed by Rule 15(a), whichever date is later.

DATED: February 26, 2008    KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.

By: _____
   Gary S. Graifman
   Michael L. Braunstein

747 Chestnut Ridge Road
Chestnut Ridge, NY 10977
Tel:   845-356-2570

ATTORNEYS FOR PLAINTIFF THOMAS JERMYN


DATED: February 26, 2008    ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: _____
   Anne M. Lockner (pro hac pending)
   Jennifer G. Daugherty (pro hac pending)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Tel:   (612) 349-8500
Fax:   (612) 339-4181

ATTORNEYS FOR DEFENDANT BEST BUY CO., INC.

2