# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Tel: 612-349-8500 Fax: 612-339-4181
www.rkmc.com

ATTORNEYS AT LAW

JENNIFER G. DAUGHERTY
612-349-8293

March 3, 2008

**VIA FACSIMILE (212) 805-6326**

## MEMO ENDORSED

Hon. Colleen McMahon
United States District Judge
United States Courthouse
500 Pearl Street, Room 640
New York, NY 10007

Re:     *Thomas Jermyn, on behalf of himself and all others similarly situated v.*
*Best Buy Co., Inc.*
Case No. 08-cv-00214
Our File No.: 011082.2689

Dear Judge McMahon:

The parties in the above-entitled matter are in receipt of your "memo endorsed" response to my letter of February 29, 2008, requesting adjournment of the March 7 conference in this matter. We understand that you only conduct conferences on Fridays. Therefore, the parties have agreed to adjourn this initial conference until Friday, April 4, if that is agreeable to Your Honor.

Very truly yours,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Jennifer G. Daugherty

JGD/jkc
cc:     Michael L. Braunstein, Esq. (*via email*)
Thomas R. Harris, Esq. (*via email*)
Anne M. Lockner, Esq. (*via email*)

*Granted. Adjourned to April 4th, 2008 @ 11:45 a.m.*

*3/4/08*