Todd C. Norbitz (#5747)
Yonaton Aronoff (#3492)
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
(212) 682-7474
(212) 687-2329 fax

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| THOMAS JERMYN, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> - against - <br><br> BEST BUY CO., INC., <br><br> Defendant. | Case No. 08-cv-00214 (CM) <br><br><br> **NOTICE OF APPEARANCE** |

     PLEASE TAKE NOTICE that the undersigned hereby appear as counsel for Defendant Best Buy Co., Inc. in the above-captioned action.

     Please adjust your records accordingly and serve additional copies of all future pleadings, court papers and correspondence to the address listed below:

Todd C. Norbitz (#5747)
Yonaton Aronoff (#3492)
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
Tel: (212) 682-7474
Fax: (212) 687-2329 fax
Email: tnorbitz@foley.com
Email: yaronoff@foley.com

NYC_177085.1

Dated: March 6, 2008
       New York, New York

      /s/ Todd C. Norbitz_____

Todd C. Norbitz (#5747)
Yonaton Aronoff (#3492)
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
(212) 682-7474
(212) 687-2329 fax

*Attorneys for Defendant*

TO:

Gary S. Graifman, Esq.
Michael L. Braunstein, Esq.
KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.
747 Chestnut Ridge Road, Suite 200
Chestnut Ridge, NY 10977
(845) 356-2570

*Attorneys for Plaintiff*