# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

**SUMMONS IN A CIVIL ACTION**

THOMAS JERMYN, on behalf of himself
and all others similarly situated,

CASE NUMBER: 08-cv-00214

Judge McMahon

Plaintiff,

v.

BEST BUY CO., INC.,

Defendant.

TO: (Name & Address of Defendant)

BEST BUY CO, INC.
7601 Penn Avenue South
Richfield, MN 55423-3645

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY:

Gary S. Graifman, Esq.
Kantrowitz, Goldhamer & Graifman, P.C.
747 Chestnut Ridge Road, Suite 200
Chestnut Ridge, NY 10977
845-356-2570

an answer to the complaint which is served upon you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

L. McMAHON

CLERK

(BY) DEPUTY CLERK

DATE: JAN 10 2008

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE January 31, 2008 |
| NAME OF SERVER (PRINT) Dale Bowles | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

**XX** Other (specify): **served its registered agent CT Corporation, 100 Fifth St., Suite 1075, by handing to and leaving with Jenny Schurhamer, agent/ Fulfillment Specialist, authorized to accept service.**

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  January 31, 2008     *[signature]*
          Date                      Signature of Server
                                               Dale Bowles

                                             PO Box 23036  Minneapolis, MN 55423
                                             *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.