SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

THOMAS JERMYN, on behalf of himself
and all others similarly situated,

                        Plaintiff,

- against –

BEST BUY CO., INC.,

                        Defendant.

08-cv-00214 (CM)

**MOTION TO ADMIT**

**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Yonaton Aronoff, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Jennifer G. Daugherty |
| Firm Name: | Robins, Kaplan, Miller & Ciresi L.L.P. |
| Address: | 2800 LaSalle Plaza |
| | 800 Lasalle Avenue |
| City/State/Zip: | Minneapolis, MN 55402-2015 |
| Phone Number: | (612) 349-8500 |
| Fax Number: | (612) 339-4181 |

Jennifer G. Daugherty is a member in good standing in the Bar of the States of Minnesota, and South Dakota. She is also a member in good standing in the United States District Court for the District of Minnesota.

There are no pending disciplinary proceeding against Jennifer G. Daugherty in any State or Federal court.

Dated: March 6, 2008
City, State: New York, New York

Respectfully submitted,

_____
Yonaton Aronoff
SDNY Bar YA3492
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016
Phone: 212.682.7474
Fax: 212.687.2329

NYC_175980.1

SDNY (Rev. 10/2006) Pro Hac Vice Affidavit

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

THOMAS JERMYN, on behalf of himself
and all others similarly situated,

                Plaintiff,

- against -

BEST BUY CO., INC.,

                Defendant.

---

08-cv-00214 (CM)

**AFFIDAVIT OF**

**YONATON ARONOFF**

**IN SUPPORT OF MOTION**

**TO ADMIT COUNSEL**

**PRO HAC VICE**

State of New York     )
                      )   ss:
County of New York    )

Yonaton Aronoff, being duly sworn, hereby deposes and says as follows:

1. I am an associate at Foley & Lardner LLP, counsel for Defendant in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Jennifer G. Daugherty as counsel pro hac vice to represent Defendant in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in February 10, 2004. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Jennifer G. Daugherty is an associate at Robins, Kaplan, Miller & Ciresi L.L.P. in Minneapolis, Minnesota.

4. I understand Ms. Daugherty to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure. I know of no reason why Ms. Daugherty should not be admitted pro hac vice.

5. Accordingly, I am pleased to move the admission of Jennifer G. Daugherty, pro hac vice.

6. I respectfully submit a proposed order granting the admission of Jennifer G. Daugherty, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Jennifer G. Daugherty, pro hac vice, to represent the Defendant in the above captioned matter, to be granted.

Dated: March 6, 2008
City, State: New York, New York
Notarized: Subscribed to and Sworn Before
      me this of ⎯⎯ day of March, 2008

_Samantha S. Edite_

Notary Public

Respectfully submitted,

_Yonaton Aronoff_ (signature)
Yonaton Aronoff
SDNY Bar Code: YA3492

SAMANTHA S. EDITE
NOTARY PUBLIC, State Of New York
No. 01ED6068678
Qualified In Kings County
Commission Expires Jan. 14, 20⎯⎯

NYC_175980.1

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

JENNIFER GRACE DAUGHERTY

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 29, 2004

Given under my hand and seal of this court on

February 27, 2008

*Fredrick K. Grittner*
Fredrick K. Grittner
Clerk of Appellate Courts

# STATE OF SOUTH DAKOTA

# IN THE SUPREME COURT

*I Hereby Certify* that Jennifer G. Daugherty was on the 6th day of June in the year two thousand five admitted to practice as an Attorney and Counselor at Law in all the Courts of South Dakota and that since that date she has remained on active status in good standing.

*I further Certify* that no disciplinary action is presently pending against Jennifer G. Daugherty nor has any discipline heretofore been imposed upon her.

DATED at Pierre, South Dakota, this 26th day of February 2008.

*Clerk of the Supreme Court*

February 22, 2008 AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

## District of Minnesota

**CERTIFICATE OF
GOOD STANDING**

I, Richard D. Sletten, Clerk of this Court, certify that

Jennifer G. Daugherty, Bar # 338552, was duly admitted

to practice in this Court on November 12, 2004, and is in

good standing as a member of the Bar of this Court.

Dated at Minneapolis, Minnesota, on February 22, 2008.

RICHARD D. SLETTEN, CLERK

_____
(By)     Deborah D. Bell, Deputy Clerk

Form Modified 12/30/03

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

THOMAS JERMYN, on behalf of himself
and all others similarly situated,

                Plaintiff,

- against –

BEST BUY CO., INC.,

                Defendant.

08-cv-00214(CM)

**ORDER FOR ADMISSION**

**PRO HAC VICE**

**ON WRITTEN MOTION**

Upon the motion of Yonaton Aronoff, attorney for Best Buy Co., Inc. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Jennifer G. Daugherty |
| Firm Name: | Robins, Kaplan, Miller & Ciresi L.L.P. |
| Address: | 2800 LaSalle Plaza |
| | 800 Lasalle Avenue |
| City/State/Zip: | Minneapolis, MN 55402-2015 |
| Telephone/Fax: | (612) 349-8500 / (612) 339-4181 |
| Email Address: | jgdaugherty@rkmc.com |

is admitted to practice pro hac vice as counsel for Best Buy Co., Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: March     , 2008
City, State:  New York, New York

                                                    United States District/Magistrate Judge

NYC_175980.1

Todd Norbitz (#5747)
Yonaton Aronoff (#3492)
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
(212) 682-7474
(212) 687-2329 fax

Jennifer G. Daugherty
ROBINS, KAPLAN, MILLER, & CIRESI L.L.P
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
(612) 349-8500
(612) 339-4181 fax

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS JERMYN, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> - against - <br><br> BEST BUY CO., INC., <br><br> Defendant. | Case No. 08-cv-00214 (CM) |

### AFFIDAVIT OF SERVICE

Sarah A. Jeffers, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides at 2-01 50th Avenue, Long Island City, NY 11101

That on the 6th day of March, 2008, deponent served copies of the **Defendant's Motion to Admit Jennifer G. Daugherty *Pro Hac Vice* and The Affidavit of Yonaton**

NYC_176396.1

**Aronoff in Support of Motion to Admit Counsel Pro Hac Vice with Attached Exhibit** by United States first class mail upon:

>Gary S. Graifman, Esq.
>Kantrowitz, Goldhamer & Graifman, P.C.
>747 Chestnut Ridge Road, Suite 200
>Chestnut Ridge, NY 10977
>
>Michael L. Braunstein
>Kantrowitz, Goldhamer & Graifman, P.C.
>747 Chestnut Ridge Road, Suite 200
>Chestnut Ridge, NY 10977
>
>*Attorneys for Plaintiff*

Sworn to before me this
6th day of March, 2008

_____
Sarah A. Jeffers

_____
Notary Public

>SAMANTHA S. EDITE
>NOTARY PUBLIC, State Of New York
>No. 01ED6068678
>Qualified In Kings County
>Commission Expires Jan. 14, 20 _10_

2

NYC_176396.1