SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

THOMAS JERMYN, on behalf of himself
and all others similarly situated,

                Plaintiff,

- against –

BEST BUY CO., INC.,

                Defendant.

08-cv-00214 (CM)

**MOTION TO ADMIT**

*PRO HAC VICE*

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Yonaton Aronoff, a member in good standing of the bar of this Court, hereby moves for an Order allowing the admission *pro hac vice* of

| | |
|---|---|
| Applicant's Name: | Anne M. Lockner |
| Firm Name: | Robins, Kaplan, Miller & Ciresi L.L.P. |
| Address: | 2800 LaSalle Plaza |
| | 800 Lasalle Avenue |
| City/State/Zip: | Minneapolis, MN 55402-2015 |
| Phone Number: | (612) 349-8500 |
| Fax Number: | (612) 339-4181 |

Anne M. Lockner is a member in good standing in the Bar of the State of Minnesota.. She is also a member in good standing in the United States District Court for the District of Minnesota, the United States Court of Appeals for the Eighth Circuit, the United States District Court for the District of Colorado, the United States Supreme Court and the United States Court of Appeals for the Sixth Circuit.

There are no pending disciplinary proceeding against Anne M. Lockner in any State or Federal court.

Dated: March 18, 2008
City, State: New York, New York

Respectfully submitted,

*/s/ Yonaton Aronoff*

Yonaton Aronoff
SDNY Bar YA3492
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016
Phone: 212.682.7474
Fax: 212.687.2329

NYC_195062.1

SDNY (Rev. 10/2006) Pro Hac Vice Affidavit

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

THOMAS JERMYN, on behalf of himself
and all others similarly situated,

                Plaintiff,

- against -

BEST BUY CO., INC.,

                Defendant.

State of New York    )
                         ) ss:
County of New York )

08-cv-00214 (CM)

**AFFIDAVIT OF**

**YONATON ARONOFF**

**IN SUPPORT OF MOTION**

**TO ADMIT COUNSEL**

*PRO HAC VICE*

Yonaton Aronoff, being duly sworn, hereby deposes and says as follows:

1. I am an associate at Foley & Lardner LLP, counsel for Defendant in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Anne M. Lockner as counsel *pro hac vice* to represent Defendant in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on February 10, 2004. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Anne M. Lockner is a partner at Robins, Kaplan, Miller & Ciresi L.L.P. in Minneapolis, Minnesota.

4. I understand Ms. Lockner to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure. I know of no reason why Ms. Lockner should not be admitted *pro hac vice*.

5. Accordingly, I am pleased to move the admission of Anne M. Lockner, *pro hac vice*.

6. I respectfully submit a proposed order granting the admission of Anne M. Lockner *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Anne M. Lockner *pro hac vice*, to represent the Defendant in the above captioned matter, to be granted.

Dated: March 18, 2008
City, State: New York, New York
Notarized: Subscribed to and Sworn Before
        me this of 18th day of March, 2008

*[signature]*

Notary Public

Respectfully submitted,

*[signature]*
Yonaton Aronoff
SDNY Bar Code: YA3492

SAMANTHA S. EDITE
NOTARY PUBLIC, State Of New York
No. 01ED6068678
Qualified In Kings County
Commission Expires Jan. 14, 20 12

NYC_195062.1

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

ANNE MICHELE LOCKNER

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 29, 1999

Given under my hand and seal of this court on

March 07, 2008

*Fredrick K. Grittner*
Fredrick K. Grittner
Clerk of Appellate Courts

February 25, 2008 AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

### District of Minnesota

**CERTIFICATE OF GOOD STANDING**

I, Richard D. Sletten, Clerk of this Court, certify that

Anne M. Lockner, Bar # 295516, was duly admitted

to practice in this Court on December 29, 1999, and is in

good standing as a member of the Bar of this Court.

Dated at Minneapolis, Minnesota, on February 25, 2008.

RICHARD D. SLETTEN, CLERK

_____
(By)    Deborah D. Bell, Deputy Clerk

Form Modified 12/30/03

# CERTIFICATE OF GOOD STANDING

|  |  |  |
|---|---|---|
| United States of America | * |  |
| Court of Appeals | * | ss. |
| for the Eighth Circuit | * |  |

I, *Michael E. Gans*, Clerk of the United States Court of Appeals for the Eighth Circuit, DO HEREBY CERTIFY That **Anne M. Lockner** was duly admitted to practice in said Court on **September 13, 2000** and is in good standing in said Court.

**Dated at St. Louis, Missouri**
**on February 26, 2008.**

_Michael G__
Clerk of Court

By _Amy R. Smith_
Deputy Clerk





# Certificate of Good Standing

## United States District Court
### District of Colorado

I, Gregory C. Langham, Clerk of the United States District Court
DO HEREBY CERTIFY
**ANNE MICHELE LOCKNER**
was duly admitted to practice in said court on
**May 31, 2001**
and is in good standing as a member of the bar of said court.

Dated: February 26, 2008          Gregory C. Langham, Clerk

By: *[signature]*
Deputy Clerk

*Supreme Court of the United States*
OFFICE OF THE CLERK
WASHINGTON, D. C. 20543



# ANNE MICHELE LOCKNER
# OF MINNEAPOLIS, MN

was duly admitted and qualified as an Attorney and Counselor for the Supreme Court of the United States on the second day of September, in the year two thousand and five, and is now a member of the Bar of this Court in good standing.



In testimony, whereof, as Clerk of said Court, I have hereunto set my hand and affixed the seal of said Court, at the City of Washington, this twenty-ninth day of February 2008.

*William K. Suter*
Clerk of the Supreme Court
of the United States

By [signature]

Assistant Admissions Officer

# UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT

TO ALL WHOM IT MAY CONCERN, GREETINGS:

THIS IS TO CERTIFY THAT

**ANNE M. LOCKNER,**

OF **MINNEAPOLIS,** STATE OF **MINNESOTA,** WAS ON MOTION, FIRST MADE TO THE COURT ON **HER** BEHALF, DULY ADMITTED AND QUALIFIED AS AN ATTORNEY AND COUNSELOR OF THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT ON THE **TWENTY-THIRD** DAY OF **OCTOBER,** IN THE YEAR OF OUR LORD TWO THOUSAND AND SEVEN, AND THAT **SHE,** IS NOW IN GOOD STANDING.

In Testimony Whereof, I Leonard Green, Clerk of said Court, have hereunto set my hand and affixed the seal of the said Court, at the City of Cincinnati, Ohio this **25th** day of **February** in the year of our Lord two thousand and eight.

**Leonard Green**
Clerk, United States Court of Appeals for the Sixth Circuit

Lance Gifford
Deputy Clerk



Form 6CA-21
Revised January 2002

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

THOMAS JERMYN, on behalf of himself
and all others similarly situated,

              Plaintiff,
- against –

BEST BUY CO., INC.,

              Defendant.

08-cv-00214(CM)

**ORDER FOR ADMISSION**

***PRO HAC VICE***

**ON WRITTEN MOTION**

Upon the motion of Yonaton Aronoff, attorney for Best Buy Co., Inc. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Anne M. Lockner |
| Firm Name: | Robins, Kaplan, Miller & Ciresi L.L.P. |
| Address: | 2800 LaSalle Plaza |
| | 800 Lasalle Avenue |
| City/State/Zip: | Minneapolis, MN 55402-2015 |
| Telephone/Fax: | (612) 349-8500 / (612) 339-4181 |
| Email Address: | AMLockner@rkmc.com |

is admitted to practice *pro hac vice* as counsel for Best Buy Co., Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: March   , 2008
City, State: New York, New York

                                                      United States District/Magistrate Judge

Todd Norbitz (#5747)
Yonaton Aronoff (#3492)
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
(212) 682-7474
(212) 687-2329 fax

Jennifer G. Daugherty
Anne M. Lockner
ROBINS, KAPLAN, MILLER, & CIRESI L.L.P
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
(612) 349-8500
(612) 339-4181 fax

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS JERMYN, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> - against - <br><br> BEST BUY CO., INC., <br><br> Defendant. | Case No. 08-cv-00214 (CM) |

## AFFIDAVIT OF SERVICE

Sarah A. Jeffers, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides at 2-01 50th Avenue, Long Island City, NY 11101

That on the 19th day of March, 2008, deponent served copies of the **Defendant's Motion to Admit Anne M. Lockner *Pro Hac Vice* and The Affidavit of Yonaton Aronoff in**

NYC_176396.2

**Support of Motion to Admit Counsel Pro Hac Vice with Attached Exhibit** by United States first class mail upon:

>Gary S. Graifman, Esq.
>Kantrowitz, Goldhamer & Graifman, P.C.
>747 Chestnut Ridge Road, Suite 200
>Chestnut Ridge, NY 10977
>
>Michael L. Braunstein
>Kantrowitz, Goldhamer & Graifman, P.C.
>747 Chestnut Ridge Road, Suite 200
>Chestnut Ridge, NY 10977
>
>*Attorneys for Plaintiff*

Sworn to before me this
19th day of March, 2008

_____
Notary Public

MARY L. MORAN
Notary Public, State of New York
No. 01MO6139146
Qualified in Queens County
Certificate Filed in New York County
Commission Expires 01/03/2011

_____
Sarah A. Jeffers

2

NYC_176396.2