SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

THOMAS JERMYN, on behalf of himself
and all others similarly situated,

        Plaintiff,

- against –

BEST BUY CO., INC.,

        Defendant.

08-cv-00214(CM)

**ORDER FOR ADMISSION**

*PRO HAC VICE*

**ON WRITTEN MOTION**

Upon the motion of Yonaton Aronoff, attorney for Best Buy Co., Inc. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Anne M. Lockner |
| Firm Name: | Robins, Kaplan, Miller & Ciresi L.L.P. |
| Address: | 2800 LaSalle Plaza |
| | 800 Lasalle Avenue |
| City/State/Zip: | Minneapolis, MN 55402-2015 |
| Telephone/Fax: | (612) 349-8500 / (612) 339-4181 |
| Email Address: | AMLockner@rkmc.com |

is admitted to practice *pro hac vice* as counsel for Best Buy Co., Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: March 24th, 2008
City, State: New York, New York

_____
United States District/Magistrate Judge



NYC_195062.1