UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X
THOMAS JERMYN, on behalf of himself         :
and all others similarly situated,
                                            :
        Plaintiff,                    :  CIVIL ACTION NO.  08 CV 00214

  -against-                                :  ECF ACTION

BEST BUY STORES, L.P.,                      :

        Defendant.                    :

---------------------------------------- X

## DEFENDANT BEST BUY STORES, L.P.'S
## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Best Buy Stores, L.P., states that it is a limited partnership.  Best Buy Stores, L.P., has one general partner, BBC Property Co., and one limited partner, BBC Investment Co.  BBC Property Co. and BBC Investment Co. are wholly owned by Best Buy Co., Inc., which is a publicly held company.

DATED:  April 18, 2008        **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

                              By: s/ Jennifer G. Daugherty
                                  Anne M. Lockner (admitted *pro hac vice*)
                                  Jennifer G. Daugherty (admitted *pro hac vice*)

                              2800 LaSalle Plaza
                              800 LaSalle Avenue
                              Minneapolis, MN 55402-2015
                              Tel:    (612) 349-8500
                              Fax:   (612) 339-4181

                              ATTORNEYS FOR DEFENDANT BEST BUY CO., INC.

# CERTIFICATE OF SERVICE

Case Name: **THOMAS JERMYN**, on behalf of himself and all others similarly situated v. **BEST BUY STORES, L.P.**

Court File No: **08-00214**

    I hereby certify that on April 18, 2008, I electronically filed the foregoing documents: RULE 7.1 CORPORATE DISCLOSURE STATEMENT, and this Certificate of Service with the Clerk of Court using the CM/ECF System, which shall send notification of such filing to the following:

| | |
|---|---|
| Gary S. Graifman | ggraifman@kgglaw.com |
| Todd C. Norbitz | tnorbitz@foley.com |
| Anne M. Lockner | amlockner@rkmc.com |
| Jennifer G. Daugherty | jgdaugherty@rkmc.com |

In addition, all of the preceding documents were served via first-class mail this 18th day of April 2008 upon the following:

    Michael L. Braunstein, Esq.
    KANTROWITZ, GOLDHAMER
        & GRAIFMAN, P.C.
    747 Chestnut Ridge Road, Suite 200
    Chestnut Ridge, NY 10977-6216

    Yonaton Aronoff, Esq.
    FOLEY & LARDNER LLP
    90 Park Avenue
    New York, NY 10016

DATED: April 18, 2008        **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

        By: s/ Jennifer G. Daugherty
            Anne M. Lockner (admitted *pro hac vice*)
            Jennifer G. Daugherty (admitted *pro hac vice*)

        2800 LaSalle Plaza
        800 LaSalle Avenue
        Minneapolis, MN 55402-2015
        Tel:    (612) 349-8500
        Fax:    (612) 339-4181

        ATTORNEYS FOR DEFENDANT BEST BUY CO., INC.