UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
Thomas Jermyn,

                    Plaintiff(s),

    -against-

Best Buy Co., Inc.,

                    Defendant(s).
-------------------------------------X

08 Civ. 214 (CM)(DCF)

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

The above entitled action is referred to the Honorable Debra C. Freeman, United States Magistrate Judge for the following purpose(s):

\_\_\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement

\_\_\_\_\_ Specific Non-Dispositive Motion/Dispute:*

_Reference for deposition_
_Discovery Dispute_

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: \_\_\_\_\_

\_\_\_\_\_ Settlement*

\_\_\_\_\_ Inquest After Default/Damages Hearing

\_\_\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

\_\_\_\_\_ Habeas Corpus

\_\_\_\_\_ Social Security

\_\_\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation

Particular Motion:_____

All such motions:_____

* Do not check if already assigned for general pretrial.

Dated: May 23, 2008
New York, New York

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/08

SO ORDERED:

_/s/ Colleen McMahon_
Hon. Colleen McMahon
United States District Judge