# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Tel: 612-349-8500 Fax: 612-339-4181
www.rkmc.com

ATTORNEYS AT LAW

Jennifer G. Daugherty
612-349-8293

June 4, 2008

Clerk of Court
Attn: Docketing
U.S. District Court • Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**VIA FEDERAL EXPRESS**

**MEMO ENDORSED**

Re: *Thomas Jermyn, on behalf of himself and all others similarly situated v. Best Buy Stores, L.P.*
Civil Case No. 08-CV-00214 (Judge McMahon)
Our File No.: 011082.2689

Dear Sir / Madam:

I represent Defendant Best Buy Stores, L.P. in the above-referenced matter and write in connection with the ECF filing of Best Buy Stores, L.P.'s ("Best Buy") Amended Answer to Plaintiff's Amended Complaint. Earlier today my office incorrectly e-filed Best Buy's Amended Answer under the category of "Answer" (*see* Docket No. 18, attached). Upon realizing that this Amended Answer should have been e-filed under the category of "Other Answers," we contacted the ECF Help Line and were instructed to re-file the Amended Answer under the appropriate category and we did so (*see* Docket No. 19, attached). In addition, we were instructed to send a letter to Docketing requesting that Docket No. 18 be amended to reflect the incorrect e-filing. This letter serves as such a request.

If you have any questions or need additional information, please do not hesitate to contact me.

Very truly yours,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Jennifer G. Daugherty

cc: The Hon. Colleen McMahon
Michael L. Braunstein, Esq.
Anne M. Lockner, Esq.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/08

ATLANTA · BOSTON · LOS ANGELES    MINNEAPOLIS    NAPLES · SAINT PAUL