LAW OFFICES
## KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.

747 CHESTNUT RIDGE ROAD - SUITE 200
CHESTNUT RIDGE, NEW YORK 10977-6216

(845) 356-2570
FAX # (845) 356-4335
www.kgglaw.com

PAUL B. GOLDHAMER*
BARRY S. KANTROWITZ†
GARY S. GRAIFMAN*
RANDY J. PERLMUTTER*

WILLIAM T. SCHIFFMAN*
REGINALD H. RUTISHAUSER*
JOHN M. CHAKAN*
RISA K. JAMESON*
MICHAEL L. BRAUNSTEIN*

OF COUNSEL
STEVEN B. ROTHSCHILD**

* N.Y. & N.J. BAR
† N.Y., N.J. & FLA. BAR
** N.Y. BAR ONLY

AFFILIATE
KANTROWITZ, GOLDHAMER & GRAIFMAN
NEW JERSEY
210 SUMMIT AVE.
MONTVALE, N.J. 07645
(201) 391-7000
FAX # (201) 307-1066

June 6, 2008

**MEMO ENDORSED**

*[Handwritten endorsement: OK - but leave out all the summary judgment for later. Colleen McMahon 6/11/08]*

**VIA OVERNIGHT CARRIER**

Honorable Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 640
New York, NY 10007

Re: Thomas Jermyn v. Best Buy Stores, L.P.
Docket No. 08 CV 00214

Your Honor:

Enclosed please find a courtesy copy of the: 1) Plaintiff's Notice of Motion; 2) Declaration of Thomas Jermyn; 3) Declaration of Michael L. Braunstein, Esq. and the exhibits attached thereto; 4) Declaration of Juan Ortiz; 5) Declaration of Boris Manzheley; and 6) Plaintiff's Memorandum of Law in Support of the Motion for Class Certification.

We respectfully request an enlargement of the page limit for the supporting brief to 35 pages. This case involves a putative consumer class action in which the defendant produced approximately 28,000 pages of documents and three deposition witnesses. We have attempted to be as concise as possible, but believe that the greater page limit will allow us to address more adequately the multitude of issues raised in this case. I have spoken with defense counsel who does not oppose the plaintiff's request for an enlargement provided it receives similar consideration, which I obviously do not oppose.

If O can be any assistance to the Court, please advise.

KANTROWITZ, GOLDHAMER
& GRAIFMAN, P.C.

By: _____
Michael L. Braunstein

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/08

Honorable Colleen McMahon
June 6, 2008
Page 2

Enclosures
cc:    Jennifer G. Daugherty, Esq. (via Overnight Carrier)
       Gary S. Graifman, Esq.
       Michael S. Green, Esq.
       Thomas Jermyn (all w/ enclosures)