UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------- X

THOMAS JERMYN, on behalf of himself
and all others similarly situated,

       Plaintiff,

  -against-

BEST BUY STORES, L.P.,

       Defendant.

----------------------------------------- X

**CIVIL ACTION NO.  08 CV 00214**

**ECF ACTION**

**DEFENDANT BEST BUY STORES, L.P.'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

**FILED UNDER SEAL**

CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
CASE NO. 08-CV-00214
(JUDGE COLLEEN MCMAHON)
THIS ENVELOPE IS NOT TO BE OPENED NOR THE
CONTENTS THEREOF DISPLAYED, COPIED OR REVEALED

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
Anne M. Lockner (admitted *pro hac vice*)
Jennifer G. Daugherty (admitted *pro hac vice*)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402–2015
Tel:  (612) 349–8500
Fax:  (612) 339–4181

ATTORNEYS FOR DEFENDANT
BEST BUY STORES, L.P.

# CERTIFICATE OF SERVICE

Case Name:     **THOMAS JERMYN**, on behalf of himself and all others similarly situated v. **BEST BUY STORES, L.P.**
Court File No:  **08-00214**

I hereby certify that on June 26, 2008, I electronically filed the foregoing documents: DEFENDANT BEST BUY STORES, L.P.'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION (Filed Under Seal), and this Certificate of Service with the Clerk of Court using the CM/ECF System, which shall send notification of such filing to the following:

| Gary S. Graifman | ggraifman@kgglaw.com |
|---|---|
| Todd C. Norbitz  | tnorbitz@foley.com   |

In addition, the preceding document was served in its entirety via electronic email and first-class mail this 26th day of June upon the following:

>   Gary S. Graifman, Esq.
>   Michael L. Braunstein, Esq.
>   KANTROWITZ, GOLDHAMER
>         & GRAIFMAN, P.C.
>   747 Chestnut Ridge Road, Suite 200
>   Chestnut Ridge, NY 10977-6216
>
>   Todd C. Norbitz, Esq.
>   Yonaton Aronoff, Esq.
>   FOLEY & LARDNER LLP
>   90 Park Avenue
>   New York, NY  10016

>                                                  *s*/ Jennifer G. Daugherty
>                                                  Jennifer G. Daugherty