UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

THOMAS JERMYN, on behalf of himself
and all others similarly situated,

                      Plaintiff,

         -against-

BEST BUY STORES, L.P.,

                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

CIVIL ACTION NO.  08 CV 00214

ECF ACTION

**DECLARATION OF
CYNTHIA COX-FEENEY
IN SUPPORT OF BEST BUY STORES,
L.P.'S MEMORANDUM OF LAW
IN OPPOSITION TO PLAINTIFF'S
MOTION FOR CLASS CERTIFICATION**

**FILED UNDER SEAL**

Pursuant to 28 U.S.C. § 1746, Cynthia Cox-Feeney hereby declares as follows:

1.      My name is Cynthia Cox-Feeney.  I am a Senior Pricing Analyst at Best Buy corporate headquarters in Richfield, Minnesota.  My job duties entail overseeing the implementation of and revisions to Best Buy's Price Match Guarantee.

2.      Attached to this Declaration as Exhibit 1 is a true and correct copy of The Best Buy Price Guarantee Customer FAQs, Bates number BBJM000174, that went into effect in August 2006 and is still in effect today.

3.      Attached to this Declaration as Exhibit 2 is a true and correct copy of The Best Buy Price Guarantee Customer FAQs brochure backer, Bates number BBJM000080.

4.      Attached to this Declaration as Exhibit 3 is a true and correct copy of the July 2005, Volume 1 "Best Buy Training Tales," Bates numbers BBJM000418 to BBJM000437.

5.      Attached to this Declaration as Exhibit 4 is a true and correct copy of the language included on the "nine panel" (nine-feet-by-nine-feet) sign displayed in Best Buy stores containing Best Buy policies, including the Price Match Guarantee, Bates number BBJM015431.

7.     Attached to this Declaration as Exhibit 6 is a true and correct copy of a PowerPoint presentation containing Loyalty One Survey data, Bates numbers BBJM000013 to BBJM000019.

8.     Attached to this Declaration as Exhibit 7 is a true and correct copy of an internal Best Buy survey document, Bates number BBJM000097.

9.     Attached to this Declaration as Exhibit 8 is a true and correct copy of an internal Best Buy survey document titled "Components of the Price Match Policy/Low Price Guarantee," Bates numbers BBJM000042 to BBJM000045.

10.     Attached to this Declaration as Exhibit 9 is a true and correct copy of a document entitled "Proposal to Revise Price Match Policy," dated May 25, 2005, Bates numbers BBJM000872 to BBJM000884.

11.     I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed in Richfield, Minnesota, this 25th day of June, 2008.

Cynthia Cox-Feeney

# EXHIBIT NO. 1



# The Best Buy Price Guarantee Customer FAQs

**Two more great reasons to buy with confidence at Best Buy.**

If you are about to make a purchase and discover a lower advertised price offered by a local retail competitor on the same available brand and model — let us know and we'll match that price on the spot.

Already bought? We'll refund you the price difference, plus an additional 10%, if the difference on up to 30 days after your purchase (14 days on select categories).¹ Either way, simply bring in proof of price while that lower price is in effect.

Exclusions apply. See details below.

**Exclusions**

The Best Buy Price Guarantee does not apply to: our or our competitor's free offers, limited quantity items, open-box items, clearance items, mail-in rebates, financing or bundle offers. The guarantee also does not apply to typographical errors or a competitor's price that results from a price match.

**What is considered a local retail competitor?**

A retail store located in the same market area as your local Best Buy store.

**What is considered "proof" of price?**

If you have already purchased the item, the best way is to show proof of price by bringing in your original Best Buy receipt, plus the competitor's current ad. We reserve the right to call the competitor's store to verify the lower price and availability of the item.

**How do you handle a price match if the Best Buy price includes a promotional offer such as a free gift card or rebate?**

The Best Buy purchase price is calculated by deducting the value of all items received and/or discount such as rebates, free offers, gift cards and/or gift cards. Existing rebates and free offers associated with a product purchased at Best Buy will not apply if a price match is received.

**How do you handle a price match if the competitor's price includes a rebate, gift card or other promotional offer?**

The competitor's net purchase price is calculated by deducting any current discount or offers, value of the register cash or in-store rebates, gift cards and other claimed savings are not deducted from the competitor's purchase price.

**What if the competitor does not have the item in stock, or has limited quantities of the product?**

Sometimes a retailer will advertise a very low price for a product but have only limited quantities in stock. If the item is out of stock, or the retailer has limited quantities of an item, it is not eligible for price matching. Likewise, if Best Buy has a product that is advertised as being limited in quantity it will not be eligible for price matching.

**Are Best Buy services eligible for price matching?**

Due to the differences in services being performed, Best Buy does not match competitors' service prices. This includes, but is not limited to, services such as delivery, installation and computer services.

**What does it mean not to match a competitor's price that results in a price match?**

Best Buy will not price match to a local competitor's price that has already been reduced by a price match.

**Can I have my price match request processed over the phone or online?**

We are currently not able to process your request over the phone or online. However, if you have questions regarding the policy, call our Customer Care Center anytime at 1-888-Best Buy or visit BestBuy.com.

**What if I find a lower price at another Best Buy store or on BestBuy.com?**

If you are purchasing at Best Buy in a store and there is a lower price on the item at BestBuy.com or in another store on BestBuy.com within 30 days of your original retail purchase (14 days for select categories), we will refund you 100% of the price difference. Simply bring your original Best Buy receipt to the customer service counter within that lower price is still in effect (maximum time frame on BestBuy.com prices — Web-exclusive offers are excluded and BestBuy.com are not eligible for price matching.

**What is a "Web-exclusive offer?"**

It is a product or special that is only offered to online buyers.

**Does Best Buy match prices of internet retailers?**

If you made your purchase in a Best Buy store and you find an internet retailer is advertising its own online price we'll match that price, plus 10%, if the difference is lower. Internet-only retailers are exempt from our price matching program, as well as Web-exclusive offers. Eligible items must be the same brand and model, and currently in-stock at the competitor's store. For purchases made online at BestBuy.com, please refer to the Online Price Guarantee on BestBuy.com.

¹ Select Categories include desktop computers, notebooks, projectors, monitors, camcorders, digital cameras, mobile televisions and video game products are used.

**BEST BUY**

**BestBuy.com**

# EXHIBIT NO. 2

# The Best Buy Price Guarantee Customer FAQs

**Two more great reasons to buy with confidence at Best Buy.**
If you are about to make a purchase and discover a lower advertised price offered by a local retail store competitor or on the same available brand and model, let us know and we'll match that price on the spot.

Already bought? We'll refund you the price difference, plus an additional 10% of that difference up to 30 days after your purchase (14 days on select categories*).

Either way, simply bring in proof of price while that lower price is in effect.

Exclusions apply. See details below.

**Exclusions:**
The Best Buy Price Guarantee does not apply to our or our competitors' free offers, financing, quantity items, open-box items, clearance items, and/or incentives, financing or bundle offers. This policy does not apply to typographical errors on a competitor's price that results from a price match.

**What is considered a local retail competitor?**
A retail store located in the same market area as your local Best Buy store.

**What is considered "proof" of price?**
If you have already purchased the item, the best way to show proof of price is to bring in your original Best Buy receipt, plus the competitor's current ad. We reserve the right to call the competitor's store to verify the lower price and availability of the item.

**How do you handle a price match if the Best Buy price includes a promotional offer such as a free gift card or rebate?**
The Best Buy net purchase price is calculated by deducting the value of all instant and mail-in discounts such as rebates, free offers and promotional gift cards. Existing rebates and free offers associated with a product purchased at Best Buy will not apply if a price match is executed.

**How do you handle a price match if the competitor's price includes a rebate, gift card or other promotional offer?**
The competitor's net purchase price is calculated by deducting instant discounts taken at the register such as instant rebates. Mail-in rebates and other deferred savings are not deducted from the competitor's purchase price.

**What if the competitor does not have the item in stock or has limited quantities of the product?**
Sometimes a retailer will advertise a very low price for a product but have only limited quantities in stock. If the item is out of stock or the competitor has limited quantities of an item, it is not eligible for price matching. Likewise, if Best Buy has a product that is advertised as being limited in quantity it will not be eligible for price matching.

**Are Best Buy services eligible for price matching?**
Due to the differences in services being performed, Best Buy does not match competitors' service prices. This includes, but is not limited to, services such as delivery, installation and computer services.

**What does it mean not to match a competitor's price that results in a price match?**
Best Buy will not price match to a local competitor's price that has already been reduced by a price match.

**Can I have my price match request processed over the phone or online?**
We are currently not able to process your request over the phone or online. However, if you have questions regarding the policy, call our Customer Care Center anytime at 1-888-Best Buy or visit BestBuy.com.

**What if I find a lower price at another Best Buy store or on BestBuy.com?**
If an item you purchased at Best Buy is advertised at a lower price at another Best Buy store in your local area or on BestBuy.com within 30 days of your original purchase (14 days for select categories*), we will refund you 100% of the price difference. Simply bring in your original Best Buy receipt to the customer service counter while that lower price is still in effect. Clearance items, open-box items or Web-exclusive offers advertised on BestBuy.com are not eligible for price matching.

**What is a "Web-exclusive offer?"**
It is a product or a price that is only offered to online buyers.

**Does Best Buy match prices of internet retailers?**
If you made your purchase in a Best Buy store and you find an internet retailer with a local retail store honoring its own online prices we'll match their price, plus 10% of that difference. Internet-only retailers are exempt from our price matching program, as will as Web-exclusive offers. Eligible items must be the same brand and model, and currently in stock at the competitor's store. For purchases made online at BestBuy.com, please refer to the Online Price Guarantee on BestBuy.com.

*Select Categories include desktop computers, notebooks, projectors, monitors, camcorders, digital cameras, radar detectors and video games purchased as used.

Please reorder
The Best Buy Price Guarantee
Customer FAQs Brochure
1941-0090245

1941-0090245

BBJM 000080

**EXHIBIT NO. 3**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
THOMAS JERMYN, on behalf of himself
and all others similarly situated,

        Plaintiff,

  -against-

BEST BUY STORES, L.P.,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

:    CIVIL ACTION NO.  08 CV 00214

:    ECF ACTION

:    **DECLARATION OF
CYNTHIA COX-FEENEY
IN SUPPORT OF BEST BUY STORES,
L.P.'S MEMORANDUM OF LAW
IN OPPOSITION TO PLAINTIFF'S
MOTION FOR CLASS CERTIFICATION**

    **FILED UNDER SEAL**

**EXHIBIT NO. 3**

**CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
CASE NO. 08-CV-00214
(JUDGE COLLEEN MCMAHON)
THIS ENVELOPE IS NOT TO BE OPENED NOR THE
CONTENTS THEREOF DISPLAYED, COPIED OR REVEALED**

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
Anne M. Lockner (admitted *pro hac vice*)
Jennifer G. Daugherty (admitted *pro hac vice*)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402–2015
Tel:  (612) 349–8500
Fax:  (612) 339–4181

ATTORNEYS FOR DEFENDANT
BEST BUY STORES, L.P.

# EXHIBIT NO. 4

# Best Buy policies

**Your original receipt is required for all returns, exchanges, price matches and warranty repair services.**
Refer to our complete policy available at our customer service desk.

## 30-day return period

We accept returns or exchanges 30 days from the original purchase. Please review the details below.

## 14-day return period

We accept returns or exchanges 14 days from the original purchase on computers, monitors, printers, notebook computers, projectors, camcorders, digital cameras and radar detectors.

## restocking fee

Unless defective, a restocking fee of 15% will be charged on opened notebook computers, camcorders, digital cameras, radar detectors, GPS/navigation, home video systems and projectors. Unless defective, a restocking fee of 25% will be charged on Special Order Products, including appliances.

## missing item or damaged product fee

A missing item or damaged product fee will be charged for any product missing the original box, packaging materials, contents, accessories and/or any accessory product not in "like new" condition.

## open item exclusion

The following items, if opened or defective, are only available for an even exchange on the identical product: computer software, movies, video games, and music.

**Best Buy reserves the right to deny any return.**

## warranty information

Original Manufacturer Warranty not available on request.

## end user license agreement

End User Software License Agreements may be available for review on request.

## privacy policy

If you are interested in learning more about our privacy practices, please contact Best Buy at 1-888-BESTBUY or visit www.bestbuy.com.

## price guarantee*

You have great reasons to buy with confidence. If you're about to buy and discover a lower price than ours, let us know and we'll match that price on the spot. Already bought? We'll refund you the price difference, plus an additional 10% of the difference—up to 30 days after your purchase (14 days so in some computers, please refer to the "14-day return period" section). In other words, simply bring in proof of the price on the same exact brand and model, from a local retail competitor.

*Exclusions apply. For full details, pick up our Price Guarantee brochure at our customer service desk, or visit www.bestbuy.com.



**Policies of BestBuy.com may vary from our in-store policies. Please see BestBuy.com for details.**

**Las políticas de BestBuy.com pueden diferir de las políticas de nuestras tiendas. Consulte BestBuy.com para obtener detalles.**

# pólizas de Best Buy

**Your original receipt is required for all returns, exchanges, price matches and warranty repair services.**
Refer to our complete policy available at our customer service desk.

## período de 30 días para devoluciones

Aceptamos devoluciones o cambios dentro de los primeros 30 días desde la fecha de compra original. Por favor, lea los excepciones a continuación (abajo).

## período de 14 días para devoluciones

Aceptamos devoluciones o cambios dentro de los primeros 14 días desde la fecha de compra original de computadoras, monitores, impresoras, computadoras portátiles, videocámaras, cámaras digitales y detectores de radar. (cargo)

## cargo por renovación del surtido de artículos

A menos que el artículo sea defectuoso, se puede aplicar un cargo por renovación del surtido de artículos con cargo extra de hasta el 15% en computadoras portátiles, videocámaras, cámaras digitales y detectores de radar. A menos que el artículo sea defectuoso, se puede aplicar un cargo por renovación de surtido de artículos de hasta el 25% en productos de pedido especial, incluyendo artículos electrodomésticos. (cargo)

## cargo por artículo faltante o producto dañado

Se puede cargar la renovación en un faltante o producto dañado cualquier producto que le falte su caja original, su material de empaque, contenido, accesorios o cualquier producto que faltan menos "como nuevo".

## open item exclusion

Los siguientes artículos, si están opuestos o dañados, solo se pueden cambiar con la misma identificación del producto: programas de computadoras, películas, videojuegos y música. (música)

**Best Buy se reserva el derecho de rechazar cualquier devolución.**

## información sobre la garantía

Cartas de la garantía del fabricante disponibles por pedido.

## acuerdo de licencia de usuario final

El acuerdo sobre el Acuerdo de licencia de usuario final de software para consumo.

## póliza de privacidad

Si desea aprender más información sobre nuestras prácticas de privacidad, comuníquese con Best Buy al 1-888-BESTBUY o visite www.bestbuy.com.

## garantía de precio*

Garantizamos a precio más bajo. Si, dentro de los 30 días (14 días para computadoras, televisores, impresoras y monitores, impresoras, videocámaras, cámaras digitales y detectores de radar) de su compra en Best Buy, usted encuentra un costo más bajo, le devolveremos la diferencia más un adicional de la misma con la exacta precio de un producto más bajo por un producto disponible de la misma marca y modelo, le devolveremos la diferencia más un 10% extra del precio.

Tal para la en diciembre del precio más bajo y se recibe original de Best Buy una solicitud al momento. No se aplican a ofertas especiales, artículos con descuento o simple garantía, en California, a ciertos estatutos y localizadores. (cargo)

BBJM 015431

# EXHIBIT NO. 5



BBJM 015434

# EXHIBIT NO. 6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------- X

THOMAS JERMYN, on behalf of himself  :
and all others similarly situated,        CIVIL ACTION NO.  08 CV 00214

              :
    Plaintiff,        ECF ACTION

              :
 -against-        **DECLARATION OF**
              **CYNTHIA COX-FEENEY**
BEST BUY STORES, L.P.,    : **IN SUPPORT OF BEST BUY STORES,**
              **L.P.'S MEMORANDUM OF LAW**
    Defendant.    : **IN OPPOSITION TO PLAINTIFF'S**
              **MOTION FOR CLASS CERTIFICATION**

              **FILED UNDER SEAL**

--------------------------------------- X

**EXHIBIT NO. 6**

**CONFIDENTIAL INFORMATION**
**SUBJECT TO PROTECTIVE ORDER**
**CASE NO. 08-CV-00214**
**(JUDGE COLLEEN MCMAHON)**
**THIS ENVELOPE IS NOT TO BE OPENED NOR THE**
**CONTENTS THEREOF DISPLAYED, COPIED OR REVEALED**

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
Anne M. Lockner (admitted *pro hac vice*)
Jennifer G. Daugherty (admitted *pro hac vice*)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402–2015
Tel:  (612) 349–8500
Fax:  (612) 339–4181

ATTORNEYS FOR DEFENDANT
BEST BUY STORES, L.P.

# EXHIBIT NO. 7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------- X

THOMAS JERMYN, on behalf of himself          :          CIVIL ACTION NO. 08 CV 00214
and all others similarly situated,
                                             :          ECF ACTION
          Plaintiff,
                                             :
      -against-
                                             :          **DECLARATION OF
                                                        CYNTHIA COX-FEENEY**
BEST BUY STORES, L.P.,                        :         **IN SUPPORT OF BEST BUY STORES,
                                                        L.P.'S MEMORANDUM OF LAW**
          Defendant.                          :        **IN OPPOSITION TO PLAINTIFF'S
                                                        MOTION FOR CLASS CERTIFICATION**

                                                        **FILED UNDER SEAL**

-------------------------------------- X


**EXHIBIT NO. 7**


**CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
CASE NO. 08-CV-00214
(JUDGE COLLEEN MCMAHON)
THIS ENVELOPE IS NOT TO BE OPENED NOR THE
CONTENTS THEREOF DISPLAYED, COPIED OR REVEALED**


**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
Anne M. Lockner (admitted *pro hac vice*)
Jennifer G. Daugherty (admitted *pro hac vice*)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402–2015
Tel: (612) 349–8500
Fax: (612) 339–4181

ATTORNEYS FOR DEFENDANT
BEST BUY STORES, L.P.

# EXHIBIT NO. 8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

\- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

THOMAS JERMYN, on behalf of himself
and all others similarly situated,

               Plaintiff,

    -against-

BEST BUY STORES, L.P.,

               Defendant.

\- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

:
:
:
:
:
:

CIVIL ACTION NO.  08 CV 00214

ECF ACTION

**DECLARATION OF
CYNTHIA COX-FEENEY
IN SUPPORT OF BEST BUY STORES,
L.P.'S MEMORANDUM OF LAW
IN OPPOSITION TO PLAINTIFF'S
MOTION FOR CLASS CERTIFICATION**

**FILED UNDER SEAL**

**EXHIBIT NO. 8**

**CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
CASE NO. 08-CV-00214
(JUDGE COLLEEN MCMAHON)
THIS ENVELOPE IS NOT TO BE OPENED NOR THE
CONTENTS THEREOF DISPLAYED, COPIED OR REVEALED**

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
Anne M. Lockner (admitted *pro hac vice*)
Jennifer G. Daugherty (admitted *pro hac vice*)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402–2015
Tel:  (612) 349–8500
Fax:  (612) 339–4181

ATTORNEYS FOR DEFENDANT
BEST BUY STORES, L.P.

# EXHIBIT NO. 9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------- X

THOMAS JERMYN, on behalf of himself
and all others similarly situated,

     Plaintiff,

  -against-

BEST BUY STORES, L.P.,

     Defendant.

--------------------------------------- X

:

:

:

:

:

:

CIVIL ACTION NO.  08 CV 00214

ECF ACTION

**DECLARATION OF
CYNTHIA COX-FEENEY
IN SUPPORT OF BEST BUY STORES,
L.P.'S MEMORANDUM OF LAW
IN OPPOSITION TO PLAINTIFF'S
MOTION FOR CLASS CERTIFICATION**

**FILED UNDER SEAL**

**EXHIBIT NO. 9**

**CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
CASE NO. 08-CV-00214
(JUDGE COLLEEN MCMAHON)
THIS ENVELOPE IS NOT TO BE OPENED NOR THE
CONTENTS THEREOF DISPLAYED, COPIED OR REVEALED**

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
Anne M. Lockner (admitted *pro hac vice*)
Jennifer G. Daugherty (admitted *pro hac vice*)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402–2015
Tel:  (612) 349–8500
Fax:  (612) 339–4181

ATTORNEYS FOR DEFENDANT
BEST BUY STORES, L.P.

## CERTIFICATE OF SERVICE

Case Name:     **THOMAS JERMYN**, on behalf of himself and all others similarly situated v.
**BEST BUY STORES, L.P.**

Court File No:    **08-00214**

     I hereby certify that on June 26, 2008, I electronically filed the foregoing documents: DECLARATION OF CYNTHIA COX-FEENEY, with EXHIBIT 1, EXHIBIT 2, EXHIBIT 3 (Filed Under Seal), EXHIBIT 4, EXHIBIT 5, EXHIBIT 6 (Filed Under Seal), EXHIBIT 7 (Filed Under Seal), EXHIBIT 8 (Filed Under Seal), and EXHIBIT 9 (Filed Under Seal), IN SUPPORT OF DEFENDANT BEST BUY STORES, L.P.'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION (Filed Under Seal), and this Certificate of Service with the Clerk of Court using the CM/ECF System, which shall send notification of such filing to the following:

| | |
|---|---|
| Gary S. Graifman | ggraifman@kgglaw.com |
| Todd C. Norbitz | tnorbitz@foley.com |

     In addition, the preceding documents were served in their entirety via electronic email and first-class mail this 26th day of June upon the following:

     Gary S. Graifman, Esq.
     Michael L. Braunstein, Esq.
     KANTROWITZ, GOLDHAMER
         & GRAIFMAN, P.C.
     747 Chestnut Ridge Road, Suite 200
     Chestnut Ridge, NY 10977-6216

     Todd C. Norbitz, Esq.
     Yonaton Aronoff, Esq.
     FOLEY & LARDNER LLP
     90 Park Avenue
     New York, NY  10016

*s*/ Jennifer G. Daugherty
Jennifer G. Daugherty