LAW OFFICES

# KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.

747 CHESTNUT RIDGE ROAD - SUITE 200
CHESTNUT RIDGE, NEW YORK 10977-6216

PAUL B. GOLDHAMER*
BARRY S. KANTROWITZ
GARY S. GRAIFMAN*
RANDY J. PERLMUTTER*

WILLIAM T. SCHIFFMAN*
REGINALD H. RUTISHAUSER*
JOHN M. CHAKAN*
RISA K. JAMESON*
MICHAEL L. BRAUNSTEIN*

OF COUNSEL
STEVEN B. ROTHSCHILD**

* N.Y. & N.J. BAR
† N.Y., N.J. & FLA. BAR
** N.Y. BAR ONLY

(845) 356-2570
FAX # (845) 356-4335
www.kgglaw.com

July 1, 2008

AFFILIATE

KANTROWITZ, GOLDHAMER & GRAIFMAN
NEW JERSEY
210 SUMMIT AVE.
MONTVALE, N.J. 07645
(201) 391-7000
FAX # (201) 307-1086

**MEMO ENDORSED**

7/2/08
no ext [signature]
cr

VIA FAX (212) 805-6326

Honorable Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 640
New York, NY 10007

Re: Thomas Jermyn v. Best Buy Stores, L.P.
Docket No. 08 CV 00214

Your Honor:

I write to request an enlargement of time for the plaintiff to submit his class certification reply papers currently due on July 3, 2008. Following a June 27, 2007 telephonic conference with the Honorable Debra Freeman, the Court issued a June 30, 2008 Order (Dkt. 29) requiring the defendant to produce certain discovery purportedly related to class certification issues no later then the close of business on July 1, 2008. It is now 5:30 p.m. and nothing has been received. I respectfully request that the Court grant the plaintiff one week from the receipt of the Court Ordered discovery production to submit his reply papers.

There has been no prior request for an extension of time and this request will not affect any other scheduled dates. I have just called defendant's attorney, Jennifer Daugherty, Esq., to ascertain the status of the discovery production and whether she consents to this request, but did not reach her.

If I can be any assistance to the Court, please advise.

KANTROWITZ, GOLDHAMER
& GRAIFMAN, P.C.

By: [signature]
Michael L. Braunstein

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/08

Honorable Colleen McMahon
July 1, 2008
Page 2

cc:  Jennifer Daugherty, Esq. (by fax 612-339-4181)
     Michael Scott Green, Esq.
     Gary S. Graifman, Esq.
     Thomas Jermyn

JUL-01-2008 17:33    KANTROWITZ GOLDHAMER GRAI                    845-356-4335    P.03
Case 1:08-cv-00214-CM-DCF   Document 30   Filed 07/02/2008   Page 2 of 2

TOTAL P.03