UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

THOMAS JERMYN, on behalf of himself
and all others similarly situated,

                        Plaintiff,

   -against-

BEST BUY CO., INC.,

                        Defendant.
_____

Action No. 08 CV 00214 (CM)

ECF ACTION

MOTION TO ADMIT
MICHAEL S. GREEN
*PRO HAC VICE*

    PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Gary S. Graifman, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

        Applicant's Name:   Michael Scott Green, Esq.
        Firm Name:           GREEN & PAGANO, LLP
        Address:              522 Route 18
                              P.O. Box 428
                              East Brunswick, NJ 08816
        Phone:                (732) 390-0480
        Fax:                    (732) 390-0481

    MICHAEL S. GREEN is a member in good standing of the Bar of the State of New Jersey and a certificate of good standing is attached herewith.

    There are no pending disciplinary proceedings against Michael S. Green in any State or Federal Court.

Dated: July 25, 2008
      Chestnut Ridge, New York

                                      Respectfully submitted,

                                      Gary S. Graifman
                                      SDNY Bar 1704410
                                      KANTROWITZ, GOLDHAMER
                                      & GRAIFMAN, P.C.
                                      747 Chestnut Ridge Road, Suite 200
                                      Chestnut Ridge, New York 10977
                                      Tel:    (845) 356-2570
                                      Fax:   (845) 356-4335

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| THOMAS JERMYN, on behalf of himself and all others similarly situated, | Action No. 08 CV 00214 (CM) |
| Plaintiff, | ECF ACTION |
| -against- | AFFIDAVIT OF GARY S. GRAIFMAN IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE* |
| BEST BUY CO., INC., | |
| Defendant. | |

---

State of New York   )
                    )   ss:
County of New York  )

GARY S. GRAIFMAN, being duly sworn, hereby deposes and says as follows:

1. I am partner at Kantrowitz Goldhamer & Graifman, P.C., counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Michael S. Green as counsel *pro hac vice* to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice on February 2, 1981. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am a member in good standing with this Court.

3. I have known Michael Green approximately since 1998.

4. Michael Green is a partner at the law firm of Green & Pagano, 522 Route 18, P.O.

Box 428, East Brunswick, New Jersey 08816.

5. I have found Michael Green to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Michael Green, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Michael Green, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Michael Green, *pro hac vice*, to represent Plaintiff in the above captioned matter, be granted.

Dated: July 24, 2008
Chestnut Ridge, New York

Respectfully submitted,

Gary S. Graifman
SDNY Bar 1704410
KANTROWITZ, GOLDHAMER
& GRAIFMAN, P.C.
747 Chestnut Ridge Road, Suite 200
Chestnut Ridge, New York 10977
Tel: (845) 356-2570
Fax: (845) 356-4335

Sworn to before me this
24th day of July, 2008

NOTARY PUBLIC

STELLA GILSENAN
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01GI6111753
QUALIFIED IN ROCKLAND COUNTY
COMMISSION EXPIRES JUNE 28, 2011

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **MICHAEL SCOTT GREEN** (No. **005141998**) was constituted and appointed an Attorney at Law of New Jersey on **June 02, 1998** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **25TH** day of **June**, 20 **08**

Clerk of the Supreme Court

-453a-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THOMAS JERMYN, on behalf of himself
and all others similarly situated,

      Plaintiff,

-against-

BEST BUY CO., INC.,

      Defendant.

---

Action No. 08 CV 00214 (CM)

ECF ACTION

ORDER FOR ADMISSION
*PRO HAC VICE*
OF MICHAEL S. GREEN
ON WRITTEN MOTION

  Upon the motion of Gary S. Graifman, attorney for Plaintiff, Thomas Jermyn, ("Plaintiff"), and Gary S. Graifman's affidavit in support;

  IT IS HEREBY ORDERED that:

| | |
|---|---|
| Applicant's Name: | Michael Scott Green, Esq. |
| Firm Name: | GREEN & PAGANO, LLP |
| Address: | 522 Route 18 |
| | P.O. Box 428 |
| | East Brunswick, NJ 08816 |
| Phone: | (732) 390-0480 |
| Fax: | (732) 390-0481 |

is admitted to practice *pro hac vice* as counsel for Plaintiff in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Since this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall

forward the *pro hac vice* fee to the Clerk of the Court.

Dated: July    , 2008
       Chestnut Ridge, New York

 

                                                 _____
                                                 United States District/Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
THOMAS JERMYN, on behalf of himself
and all others similarly situated,

                Plaintiff,

-against-

BEST BUY STORES, L.P.,

                Defendant.
---------------------------------------x

Docket No. 08 CV 00214

AFFIDAVIT OF SERVICE

State of New York  )
County of Rockland  )ss.:

      STELLA GILSENAN, being duly sworn, deposes and states as follows:

      That deponent is not a party to this action, is over 18 years of age and resides in Pearl River, New York. On July 25, 2008, your deponent served the within *Motion to Admit Michael S. Green Pro Hac Vice, Affidavit of Gary S. Graifman in Support of Motion and Order for Admission* upon:

      Jennifer G. Daugherty, Esq.
      Robins, Kaplan, Miller & Ciresi L.L.P.
      2800 LaSalle Plaza
      800 LaSalle Avenue
      Minneapolis, MN 55402-2015

      Yonation Aronoff
      Foley & Lardner LLP
      90 Park Avenue
      New York, NY 10016

the attorneys for the defendant herein, at the above address, by overnight delivery, by depositing a true copy of same enclosed in a pre-paid wrapper, in an official depository under the exclusive care and custody of Federal Express.

                                                _Stella Gilsenan_
                                                STELLA GILSENAN

Sworn to before me this
25th day of July, 2008

_Michele Lisa Meyers_
Notary Public

         MICHELE LISA MEYERS
      Notary Public, State of New York
          No. 01ME6143556
        Qualified in Rockland County
     Commission Expires 4/10/2010