UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/08
```

---

THOMAS JERMYN, on behalf of himself
and all others similarly situated,

                Plaintiff,

-against-

BEST BUY CO., INC.,

                Defendant.

---

Action No. 08 CV 00214 (CM)

ECF ACTION

ORDER FOR ADMISSION
*PRO HAC VICE*
OF MICHAEL S. GREEN
ON WRITTEN MOTION

Upon the motion of Gary S. Graifman, attorney for Plaintiff, Thomas Jermyn, ("Plaintiff"), and Gary S. Graifman's affidavit in support;

IT IS HEREBY ORDERED that:

| | |
|---|---|
| Applicant's Name: | Michael Scott Green, Esq. |
| Firm Name: | GREEN & PAGANO, LLP |
| Address: | 522 Route 18 |
| | P.O. Box 428 |
| | East Brunswick, NJ 08816 |
| Phone: | (732) 390-0480 |
| Fax: | (732) 390-0481 |

is admitted to practice *pro hac vice* as counsel for Plaintiff in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Since this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall

forward the *pro hac vice* fee to the Clerk of the Court.

Dated: July 31ᵗʰ, 2008
       Chestnut Ridge, New York

_____
United States District/Magistrate Judge