SCANNED

8-4-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THOMAS JERMYN, on behalf of himself
and all others similarly situated,

                Plaintiff,

-against-

BEST BUY CO., INC.,

                Defendant.

Action No. 08 CV 00214 (CM)

ECF ACTION

MOTION TO ADMIT
MICHAEL S. GREEN
*PRO HAC VICE*

---

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Gary S. Graifman, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

|   |   |
|---|---|
| Applicant's Name: | Michael Scott Green, Esq. |
| Firm Name: | GREEN & PAGANO, LLP |
| Address: | 522 Route 18 |
|  | P.O. Box 428 |
|  | East Brunswick, NJ 08816 |
| Phone: | (732) 390-0480 |
| Fax: | (732) 390-0481 |

MICHAEL S. GREEN is a member in good standing of the Bar of the State of New Jersey and a certificate of good standing is attached herewith.

There are no pending disciplinary proceedings against Michael S. Green in any State or Federal Court.

SO ORDERED:   DATE: 8/4/08

_____
**DEBRA FREEMAN**
UNITED STATES MAGISTRATE JUDGE

Dated: July 25, 2008
      Chestnut Ridge, New York

                                      Respectfully submitted,

                                      Gary S. Graifman
                                      SDNY Bar 1704410
                                      KANTROWITZ, GOLDHAMER
                                      & GRAIFMAN, P.C.
                                      747 Chestnut Ridge Road, Suite 200
                                      Chestnut Ridge, New York 10977
                                      Tel:   (845) 356-2570
                                      Fax:   (845) 356-4335